IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00200-WDM-BNB

THE ESTATE OF GREGORY LEE SMITH, JR.
By and through Regina Keith, Personal Representative,

Plaintiff,

v.

ROBERT SILVAS,
JIM TURNEY, in their individual capacities;
JOHN DOE SUPERVISORY DENVER POLICE OFFICERS I-V;
GERALD WHITMAN, Chief of Police of the City and County of Denver, and
THE CITY AND COUNTY OF DENVER,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record.

IT IS ORDERED that a supplemental final pretrial conference set for **September 14, 2005, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A revised final pretrial order shall be prepared by the parties and submitted to the court on or before **September 9, 2005**.

Dated August 29, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge