IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00200-WDM-BNB

THE ESTATE OF GREGORY LEE SMITH, JR.
By and through Regina Keith, Personal Representative,

Plaintiff,

v.

ROBERT SILVAS,
JIM TURNEY, in their individual capacities;
JOHN DOE SUPERVISORY DENVER POLICE OFFICERS I-V;
GERALD WHITMAN, Chief of Police of the City and County of Denver, and
THE CITY AND COUNTY OF DENVER,

Defendants.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

        This matter is before the Court on the **Motion to Withdraw as Counsel** (the "Motion"), filed on December 9, 2005.

        IT IS ORDERED that the Motion is GRANTED and attorney Seth A. Rider is withdrawn from the representation of defendants City and County of Denver.

DATED:  December 13, 2005